**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 14, 2011

**BY FACSIMILE**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED**

The conference is scheduled for
February 16, 2011 at 10:00 a.m.

*George B Daniels* 7 FEB 2011

HON. GEORGE B. DANIELS

Re:   United States v. Mark Mazer et al.,
      11 Cr. 121 (GBD)

Dear Judge Daniels:

      I write on behalf of the parties, and following a conversation with your Honor's law clerk, to request that the Court set Wednesday, February 16, 2011, as the initial pretrial conference date in the above-captioned matter, which was assigned to the Court on Thursday, February 10, 2011. All parties are available on that date. If the Court is unavailable on that date, the parties may be available on the morning of February 23, 2011 prior to 11:00 a.m., or on a later date set by the Court. In addition, the Government respectfully requests that the Court exclude time from today's date until the conference date set by the Court, pursuant to the Speedy Trial Act. The ends of justice served by such a continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will permit the Government to begin the process of preparing voluminous discovery for distribution to the defense, and permit the parties to engage in discussions concerning the case. Defense counsel consents to this request for the exclusion of time.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

By:

      Howard S. Master & Andrew Goldstein
      Assistant United States Attorneys
      Telephone: (212) 637-2248/1559

cc:   Gerald Shargel, Benjamin Brafman, Jeffrey Hoffman, Susan Wolfe, Henry Mazurek, and
      Sarita Kedia, Esqs. (by email)