# GERALD L. SHARGEL
## LAW OFFICES

GERALD L. SHARGEL
ROSS M. KRAMER
EVAN L. LIPTON

570 Lexington Ave., 4th Floor
New York, New York 10022

TEL: 212.446.2323
FAX: 212.446.2330
info@shargellaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

February 22, 2011

SO ORDERED:
*George B. Daniels*
George B. Daniels, U.S.D.J.
Dated:

By facsimile (212) 805-6737
Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Mark Mazer et al.
      No. 11 Cr. 121 (GBD)

Dear Judge Daniels:

I write on behalf of Mark Mazer, with the consent of the United States Attorney's Office and Pretrial Services, to respectfully request the temporary modification of his conditions of pretrial release to permit him to accompany his son to two gymnastics competitions.

Mr. Mazer is currently free on a $2 million, fully secured bond with travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey. He requests permission to travel to Landover, Maryland from April 1 through 3, 2011 and Long Beach, California, from May 4 through May 8, 2011. If permission is granted, he will travel by car to Maryland and by plane to California. He will stay at local hotels with his family. Mr. Mazer will provide detailed travel and hotel information to Pretrial Services prior to his departure.

Respectfully yours,

Evan L. Lipton

cc:   Howard Master (by email)
      *Assistant United States Attorney*

      Thomas Marino (by email)
      *United States Pretrial Services Officer*