UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :    ORDER

        - v. -                         :    11 Cr. 121 (GBD)

MARK MAZER,                            :
DIMITRY ARONSHTEIN,
SVETLANA MAZER,                        :
LARISA MEDZON, and
ANNA MAKOVETSKAYA,                     :

        Defendants.                    :

- - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1 MAR 2011

WHEREAS, an application has been made by the United States of America for the unsealing of seizure warrants and related papers;

WHEREAS, the Court finds that on January 6, 2011, Magistrate Judge James C. Francis IV, of the Southern District of New York, authorized the execution of seizure warrants docketed under 11 Mag. 0050, and ordered that all papers submitted in connection with the application for such seizure warrants be maintained under seal;

WHEREAS, the Court finds that because the defendants associated with the properties seized have been arrested and indicted, the reasons for maintaining the seizure warrants and related documents under seal no longer apply;

IT IS HEREBY ORDERED that seizure warrants docketed under 11 MAG 0050, and all related papers be unsealed.

Dated: New York, New York
       February ___, 2011
       01 MAR 2011

_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT COURT JUDGE

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MARK MAZER,
DIMITRY ARONSHTEIN,
SVETLANA MAZER,
LARISA MEDZON, and
ANNA MAKOVETSKAYA,

Defendants.

ORDER

11 Cr. 0050 (GBD)

PREET BHARARA
United States Attorney.