UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :    **ORDER**

            - v. -                  :    11 Cr. 121 (GBD)

MARK MAZER,                         :
DIMITRY ARONSHTEIN,
SVETLANA MAZER,                     :
LARISA MEDZON, and
ANNA MAKOVETSKAYA,                  :

            Defendants.             :

- - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11 MAR 2011

            WHEREAS, an application has been made by the United States of America for the unsealing of seizure warrants and related papers;

            WHEREAS, the Court finds that on February 9, 2011, Magistrate Judge Gabriel W. Gorenstein, of the Southern District of New York, authorized the execution of seizure warrants docketed under 11 Mag. 363, and ordered that all papers submitted in connection with the application for such seizure warrants be maintained under seal;

            WHEREAS, the Court finds that because the defendants associated with the properties seized have been arrested and indicted, the reasons for maintaining the seizure warrants and related documents under seal no longer apply;

IT IS HEREBY ORDERED that seizure warrants docketed under 11 Mag. 363, and all related papers be unsealed.

Dated: New York, New York
      March __, 2011

        1 1 MAR 2011

_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT COURT

HON. GEORGE B. DANIELS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MARK MAZER,
DIMITRY ARONSHTEIN,
SVETLANA MAZER,
LARISA MEDZON, and
ANNA MAKOVETSKAYA,

Defendants.

<u>ORDER</u>

11 Cr. 121 (GBD)

<u>PREET BHARARA</u>
United States Attorney.