UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

UNITED STATES OF AMERICA

    -v.-

MARK MAZER, GERARD DENAULT, and

DIMITRY ARONSHTEIN,

    Defendants.

------------------------------------------------------------------- X

S2 11 Cr. 121 (GBD)

HONORABLE GEORGE B. DANIELS, United States District Judge:

For the reasons set forth on the record following the convictions of defendants MARK MAZER, GERARD DENAULT and DIMITRY ARONSHTEIN on November 22, 2013, IT IS HEREBY ORDERED that the conditions of release for defendants MARK MAZER, GERARD DENAULT and DIMITRY ARONSHTEIN are modified to require home incarceration with electronic monitoring. Electronic monitoring must be installed by no later than November 27, 2013. Defendants MARK MAZER, GERARD DENAULT and DIMITRY ARONSHTEIN are not permitted to leave their residences without prior consent of Pretrial Services and the Court, and prior notification of the United States Attorney's Office.

SO ORDERED.

Dated: New York, New York
      November 25, 2013

NOV 2 5 2013

_____
GEORGE B. DANIELS
United States District Judge