

# WINSTON & STRAWN LLP

200 Park Avenue
New York, NY 10166-4193
T: +1 (212) 294-6700
F: +1 (212) 294-4700
www.winston.com

EVAN L. LIPTON
212-294-2654
elipton@winston.com

December 4, 2013

**By facsimile (212) 805-6737**
Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

DENIED

DEC 09 2013  /s/ George B. Daniels

Re: United States v. Mazer, 11 Cr. 121 (GBD)

Dear Judge Daniels:

I write on behalf of Mark Mazer to respectfully request the temporary modification of his bail conditions to permit him to attend the wedding of his daughter, Susan Mazer, on March 2, 2013. The wedding will be held in a catering hall located in close proximity to Mazer's home.[1] With the Court's permission, Mazer will leave his residence at 1:00 p.m. and will return by 10:00 p.m.

I have spoken with Assistant United States Attorney Howard Master, who consents to this request.

Respectfully yours,

Evan L. Lipton

cc: Howard Master
    Andrew Goldstein
    *Assistant United States Attorneys*

    Christina Bourque
    *United States Pretrial Services Officer*

    (by email)

CHARLOTTE
CHICAGO
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MOSCOW
NEW YORK
NEWARK
PARIS
SAN FRANCISCO
SHANGHAI
WASHINGTON, D.C.

---

[1] I have provided the name and address of the catering hall to the government. I do not include it in this letter in order to protect Susan Mazer's privacy on her wedding day.