**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

MARK MAZER,

                Defendant.

------------------------------------- x

ORDER

11 Crim. 121-1 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 29 2021

GEORGE B. DANIELS, District Judge:

The Clerk of the Court is hereby ORDERED to close the above-captioned action.

Dated: April 29, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE